

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————

No. 02-21-00063-CV

———————————

THE INDEPENDENT EXECUTORS OF THE ESTATE OF PETER CARLSON
KERN, DAN FLAGG, JOHN COCHRAN, AND BEN LIPMAN, Appellants

V.

423 COLONY, LTD., Appellee

On Appeal from the Probate Court
Denton County, Texas
Trial Court No. PR-2014-00040-03

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Motion to Dismiss Their Appeal." We grant

the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  November 4, 2021